IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **SEALED,** Defendant. | CASE NO. 24- 456(SCC) |

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2024 DEC 12 PM 7:12

## MOTION TO SEAL

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys, and respectfully states and prays as follows:

The United States of America respectfully requests that the attached indictment and accompanying arrest warrants be kept secret and sealed until further order from this Court. The indictment will be unsealed upon further request from the government or upon the arrest of the defendants.

WHEREFORE, the United States of America respectfully request the instant motion be granted.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 12th day of December 2024.

W. STEPHEN MULDROW
United States Attorney

*/s/ Jorge L. Matos*

**Jorge L. Matos** – USDC No. G-01307
Assistant United States Attorney
350 Carlos Chardon Street
Torre Chardon, Suite 1201
San Juan, Puerto Rico 00918
Telephone 787-766-5656
Email: Jorge.L.Matos2@usdoj.gov